FILED
March 15, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )   Case No. 2:11-MJ-00077-DAD
         Plaintiff,       )
v.                        )   ORDER FOR RELEASE OF
                          )   PERSON IN CUSTODY
EDGAR RAMON MEDINA-CASILLAS )
,                         )
                          )
_____
         Defendant.

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  EDGAR RAMON MEDINA-CASILLAS ,

Case No.  2:11-MJ-00077-DAD , from custody subject to the conditions contained in the attached

"Notice to Defendant Being Released" and for the following reasons:

   __  Release on Personal Recognizance

   ✔  Bail Posted in the Sum of $ 100,000

      ✔  Unsecured Appearance Bond

      __  Appearance Bond with 10% Deposit

      __  Appearance Bond with Surety

      __  Corporate Surety Bail Bond

      ✔  (Other)    With pretrial service supervision and conditions of
                    release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  March 15, 2011  at  2:25 pm .

                                    By  /s/ Dale A. Drozd
                                        Dale A. Drozd
                                        United States Magistrate Judge